| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------x<br><br>Claret Hedo,<br><br>      Plaintiff,<br><br>Vs.<br><br>Freemont Investment and Loan, et al.,<br><br>      Defendants.<br>-------------------------------------------------x | FILED<br>IN CLERK'S OFFICE<br>US DISTRICT COURT E.D.N.Y<br>★ JAN - 6 2009 ★<br>P.M._____<br>TIME A.M._____<br><br>Civil Action No. 08-cv-2346-JG |

## JUDGMENT

Orders of the Honorable John Gleeson, United States District Judge, having been filed on September 5, 2008, dismissing Plaintiff's complaint against defendant Steven Malito; having been filed on November 19, 2008, dismissing Plaintiff's complaint against defendant Freemont Investment & Loan; and having been filed on December 29, 2008, dismissing Plaintiff's complaint against defendant Sean Jordan without prejudice pursuant to Federal Rule of Civil Procedure 4(m); it is therefore

ORDERED and ADJUDGED that Plaintiff take nothing of Defendants, and that Plaintiff's complaint is dismissed in its entirety.

Dated: January 6, 2009
       Brooklyn, New York

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court